**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br>　　　*Plaintiff*,<br>v.<br>GOVISION, LLC,<br>　　　*Defendant*. | Case No. 2:18-cv-00100-JRG-RSP<br>LEAD CASE |
| ULTRAVISION TECHNOLOGIES, LLC,<br>　　　*Plaintiff*,<br>v.<br>PRISMAFLEX INTERNATIONAL FRANCE, S.A. and SHENZHEN PRISMATRONIC CHINA ELECTRONIC TECHNOLOGY LTD. CO.,<br>　　　*Defendants*. | Case No. 2:18-cv-00108-JRG-RSP<br>CONSOLIDATED CASE |

## ORDER

Before the Court is Plaintiff Ultravision Technologies LLC's ("Ultravision") Notice of Voluntary Dismissal Without Prejudice ("Notice of Dismissal"), which seeks to dismiss Defendant Shenzhen Prismatronic China Electronic Technology Ltd. Co. ("Shenzhen Prismatronic") from this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. No. 187.

After consideration, the Court **APPROVES** this Notice of Dismissal. It is therefore **ORDERED** that all of Ultravision's claims against Shenzhen Prismatronic are **DISMISSED WITHOUT PREJUDICE**. Because active defendants remain in both the lead case (Case No. 2:18-cv-00100-JRG-RSP) and the member case (Case No. 2:18-cv-00108-JRG-RSP), the Clerk is directed to leave both cases open.

**So ORDERED and SIGNED this 19th day of December, 2019.**

                                                  _____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE